**NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER**

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-26-0000105**
**24-JUN-2026**
**07:55 AM**
**Dkt. 24 ODSD**

NO. CAAP-26-0000105

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

YELENA ALEXIS ANDREJEFF, CELIA E. ROBERTS, and
DAMARA HARA LANGE, Petitioners-Appellees,
v.
STEPHEN KENNY, Respondent-Appellant.

APPEAL FROM THE DISTRICT COURT OF THE SECOND CIRCUIT
WAILUKU DIVISION
(CASE NO. 2DSS-25-0000093)

ORDER DISMISSING APPEAL
(By:  Nakasone, Chief Judge, Wadsworth and Gluck, JJ.)

Upon review of the record, it appears that:

(1)  Self-represented Respondent-Appellant Stephen Richard Kenny (**Kenny**) filed the notice of appeal on November 25, 2025.

(2)  The court's March 12, 2026 order denied Kenny's motion to proceed on appeal *in forma pauperis* and stated that within 10 days, Kenny "shall pay the filing fees in the full amount to the Supreme Court Clerk's Office[,]" and "[f]ailure to pay the filing fees may result in the appeal being dismissed."

(3)  Kenny has not complied with the March 12, 2026 order, the time for compliance has expired, and Kenny has not paid the appellate filing fees.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.  <u>See</u> Hawaiʻi Rules of Appellate Procedure Rule 24(c) ("Failure of the unsuccessful movant to pay the unpaid filing fees or to give security for costs shall not affect the validity of the appeal, but is ground for such action as the appellate court having jurisdiction over the appeal deems appropriate, and may include dismissal of the appeal.").

DATED:  Honolulu, Hawaiʻi, June 24, 2026.

/s/ Karen T. Nakasone
Chief Judge

/s/ Clyde J. Wadsworth
Associate Judge

/s/ Daniel M. Gluck
Associate Judge